Jesse D. Conway, OSB No.130503
The Law Offices of Jesse D. Conway, PLLC
1014 Franklin St., Ste. 106
Vancouver, WA 98660
Phone: 360-906-1007
Fax: 360-906-8155
jesse@conwaylaw.net

JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| ERWIN GRAHAM, MONICA GRAHAM | CASE NO. EDCV16-02356 JFW |
|---|---|
| Plaintiff, | ORDER FOR DISMISSAL WITH PREJUDICE |
| v. | |
| COX DENTAL CORPORATION DBA GENTLE DENTAL NORCO; QUICK COLLECT, INC., and Does 1-10, inclusive, | |
| Defendant. | |

**ORDER**

Based upon the foregoing stipulation of the parties hereto, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled matter be, and it is hereby, dismissed with prejudice and without cost to any party.

DATED this 11th day of May, 2017.

_____
HONORABLE JOHN F. WALTER